AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

JAMES ANTHONY TOLAN,

      Plaintiff,

V.

CITY OF RENO POLICE DEPARTMENT, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:10-cv-00017-LRH-WGC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff James Tolan on Plaintiff's First Cause of Action for a Fourth Amendment rights violation and on Plaintiff's Second Cause of Action for a Fourteenth Amendment due process violation.

July 3, 2013

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk